IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASER LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>JUDITH MEDRANO, Secretary-Clerk, Salinas Valley Police Department,<br><br>    Defendant. | No. C 07-5648 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

    This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because (1) the certificate of funds was not signed and (2) the copy of transactions in his inmate account did not cover the six-month period required by 28 U.S.C. § 1915(a)(2). Plaintiff was informed that if he did not either pay the fee or correct the IFP application's deficiencies within thirty days the case would be dismissed. Plaintiff did file a new application, but failed to provide the printout of transactions required by the statute.

    Leave to proceed in forma pauperis (documents two and four on the docket) therefore is **DENIED**. This case is **DISMISSED** without prejudice. The clerk shall close this file.

    **IT IS SO ORDERED.**

Dated: December __14__, 2007.

                        WILLIAM ALSUP<br>
                        UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\LEWIS5648.DSIFP.wpd